L. C. HOWARD'S ADMR. ET AL. *v.* JAMES HILL ET AL.

[Abstract Kentucky Law Reporter, Vol. 4—719.]

**Specific Performance of Contract.**

> A contract that has not been fully agreed to and is therefore not a contract will not be ordered by a court to be specifically performed.

APPEAL FROM DAVIESS CIRCUIT COURT.

February 17, 1883.

OPINION BY JUDGE PRYOR:

The contract between the decedent, Mrs. Smith, and Porter was only conditional, the right to the conveyance depending upon Porter's readiness to comply with the contract after the expiration of the time for which he had rented the land. He never did comply, and although asking the relief in the original petition in which he united as plaintiff with the administrator of the deceased, he voluntarily made himself a defendant and refuses to comply with the agreement. It must be conceded that Porter was not under the contract compelled to accept its terms, and that neither the decedent nor her representative could have compelled him to execute his notes and perfect the agreement. It was solely with him to comply, and never having done so, the heir ought not to be required to part with his title.

The judgment below is *affirmed.*

*Weir, Weir & Walker, for appellants.*

*Geo. W. Jolly, for appellees.*